PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

United States District Court
Southern District of Texas
**FILED**
AUG 14 2014
Clerk of Court

Docket No. M-14-1564-M

U.S.A. vs. Jesus Ramirez Lozano III        [0542 5:14CR00452]-[001]

### Petition for Action on Conditions of Pretrial Release

COMES NOW Gilbert Maldonado, pretrial services/probation officer, presenting an official report upon the conduct of defendant Jesus Ramirez Lozano III

who was placed under pretrial release supervision by the Honorable Henry J. -Bemporad sitting in the court at San Antonio, Texas on the 23rd date of May, 2014 under the following conditions:

> Please see Appearance Bond and Order Setting Conditions of Release dated May 23, 2014 and Bond Violation No Action dated July 15, 2014.
>
> Pretrial Services respectfully alleges the defendant has violated condition 7(q) which states the defendant must refrain form the use or unlawful possession of a narcotic drug and other controlled substance defined in 21 U.S.C. Sec. 802 unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On July 7, 2014, the defendant who is being supervised by Pretrial Services McAllen Division provided a urine sample that tested positive for cocaine and marijuana. On July 16, 2014, the defendant reported to our office in San Antonio, and provided a urine sample that tested positive for cocaine and marijuana. Both samples were sent for confirmation and on July 24, 2014, they both were confirmed positive for cocaine and marijuana by an independent lab and were deemed new and continued use by our lab. The defendant is pending sentencing on October 24, 2014.
>
> Assistant U.S. Attorney Priscilla Garcia was contacted and is in agreement with this recommendation.

PRAYING THAT THE COURT WILL ORDER that a warrant for the defendant's arrest be issued so that he may brought before the Court to show cause why his bond should not be revoked.

ORDER OF COURT
Considered and ordered this 28th day of
July, 2014 and ordered filed
and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/25/2014

_Gilbert_
U.S. Pretrial Services/Probation Officer

Place  Federal Building
727 East Cesar E. Chavez Boulevard, Rm B-636
San Antonio, TX 78206